# MICHAEL S. KASANOFF, LLC

**ATTORNEY AT LAW**

9 STILLWELL STREET
MATAWAN, NJ 07747

PHONE: (908) 902-5900
FAX:    (732) 741-7528
E-MAIL: mkasanoff@att.net

January 19, 2024

**VIA ECF**

Honorable Zahid N. Quraishi, U.S.D.J.
United States District Court
District of New Jersey
402 East State Street - Room 4000
Trenton, NJ 08608

        Re:    *Estate of Frances D. DeRosa et. al. v. Phillip D. Murphy, et. al.*
                *Civ. No.: 3:22-cv-2301(ZNQ)(TJB)*

Dear Judge Quraishi:

      Plaintiffs filed their Second Amended Complaint ("SAC") on Tuesday, January 16, 2024. Prior to that, DAG McGuire and I had met, conferred, and agreed upon on a briefing schedule subject to his office's supervisory approval. Having just received that approval, the parties propose the following amicably agreed upon briefing schedule:

1)    Defendants shall move in response to the SAC on or before **March 18, 2024**;
2)    Plaintiffs shall file their Opposition on or before **April 17, 2024**; and
3)    Defendants shall file their Reply on or before **May 17, 2024**.

      The parties respectfully request the Court's endorsement of the above briefing schedule. We thank the Court for its consideration.

                                                             Respectfully submitted,
                                                            *Michael S. Kasanoff*
                                                            Michael S. Kasanoff

cc:    Robert McGuire, Esq. - Deputy Attorney General
         Brooke M. Barnett, Esq.

                                                    So Ordered this 22nd day of January 2024.

                                                    _____
                                                    ZAHID N. QURAISHI
                                                     UNITED STATES DISTRICT JUDGE